AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

UNITED STATES OF AMERICA,
    Plaintiff

    v.                                           CASE NUMBER: 04-C-848
                                                                    (02-CR-129)

TONY A. MORRIS,
        Defendant

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Morris's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 1) is **DENIED**.

| | |
|---|---|
| May 11, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |